## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARK S. CIRIELLO,                                  )
                                                   )
                    Plaintiff,                     )
                                                   )      Case: 1:15-cv-00065
          v.                                       )      Assigned To : Unassigned
                                                   )      Assign. Date : 1/15/2015
EXECUTIVE OFFICE OF THE PRESIDENT,                 )      Description: Pro Se Gen. Civil
                                                   )
                    Defendant.                     )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed as frivolous.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The so-called complaint merely refers to its attachments – principally copies of letters addressed to various federal government entities – and recounts plaintiff's lack of success in filing lawsuits against the State of Connecticut. The pleading neither alleges facts nor articulates a cognizable legal claim. As drafted, the complaint does not comply with Rule 8(a), and it therefore will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: *January 13, 2015*

*C. R. Cox*
United States District Judge